UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM RAX INTERNATIONAL, INC. | Case No. 2:17-cv-04361-R-AS |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| v. | |
| FITNESS ANYWHERE LLC D/B/A TRX, a Delaware Limited Liability Company, and DOES 1 through 30, inclusive, | Judge: Manuel Real |
| | Complaint Filed: June 12, 2017 |
| Defendants. | |
| FITNESS ANYWHERE LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| FITNESS VENTURES INTERNATIONAL, LLC d/b/a AKTIV SOLUTIONS, and BRYAN GREEN, | |
| Third-Party Defendants. | |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 2:17-CV-04361-R-AS

LOS_ANGELES/#40178

# ORDER

The Court, having considered the Stipulation to Dismiss Without Prejudice, Pursuant to Settlement, entered into between Gym Rax International, Inc. ("Gym Rax"); Fitness Anywhere LLC d/b/a TRX ("TRX"); Fitness Anywhere LLC ("Fitness Anywhere"); Fitness Ventures International, LLC d/b/a AKTIV Solutions ("AKTIV") & Bryan Green ("Green") (Gym Rax, TRX, Fitness Anywhere, AKTIV, and Green collectively, the "Parties"), hereby **ORDERS**:

1. The entire action, including the Complaint, counterclaims, and third party claims are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. No admission of liability is made by any Party in connection with the dismissal, the dismissal shall not be construed as such, and no Party should be considered a prevailing party;

3. Parties shall each bear their own fees and costs, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 12, 2018

HON. MANUEL REAL
UNITED STATES DISTRICT JUDGE

- 2 -

ORDER DISMISSING
ACTION WITH PREJUDICE
CASE NO. 2:17-CV-04361-R-AS

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

LOS_ANGELES/#40178